UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Ruth Cecilia Tetley;<br>Biz Source Inc., a California<br>Corporation; and Does 1-10,<br><br>　　　　　Defendants. | Case: 5:13-CV-02322-JAK-JCG<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: September 26, 2014

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE